Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, California 90017
Tel: (213) 689-3014
Fax: (213) 689-3055

**FILED & ENTERED**

**MAR 29 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YVONNE G. STEWART,<br><br>                                   Debtor. | Chapter 13<br><br>Case No. 2:17-bk-12185-VZ<br><br>**ORDER DENYING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**<br><br>Date:   March 5, 2018<br>Time:  10:30 A.M.<br>Place:  Courtroom 1368<br>           255 E. Temple Street,<br>           Los Angeles, CA 90012 |

On January 8, 2018 at 10:30 a.m. in Courtroom 1368, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Vincent Zurzolo held a hearing regarding the Motion to Dismiss Chapter 13 Case filed by Nancy Curry, Chapter 13 Trustee. The Court having considered the pleadings filed and statements made in open Court, and good cause appearing therefor, it is hereby:

ORDERED, that the Motion is **DENIED**.

###

Date: March 29, 2018

_____
Vincent P. Zurzolo
United States Bankruptcy Judge